# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 216TH JUDICIAL DISTRICT COURT OF KENDALL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 4, 2015, the cause upon appeal to revise or reverse your judgment between

Carolyn Jane Babbitt, Appellant

V.

Ronald Hugh Below, Appellee

No. 04-13-00759-CV and Tr. Ct. No. 64

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, we REVERSE the part of the trial court's judgment awarding interest and attorney's fees. We AFFIRM the remainder of the trial court's judgment. We REMAND the case to the trial court for a recalculation of interest consistent with this opinion and for a new hearing on attorney's fees. The parties shall be responsible for their own costs of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 15, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00759-CV

**Carolyn Jane Babbitt**

**v.**

**Ronald Hugh Below**

(NO. 64 IN 216TH JUDICIAL DISTRICT COURT OF KENDALL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| COPIES | $4.30 | PAID | NONE GIVEN |
| MOTION FEE | $10.00 | E-PAID | JO CHRIS LOPEZ |
| REPORTER'S RECORD | $948.70 | PAID | MS. CHRISTINE THARP |
| CLERK'S RECORD | $221.00 | UNKNOWN | N/A |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | BETH WATKINS |
| FILING | $100.00 | E-PAID | BETH WATKINS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | BETH WATKINS |
| INDIGENT | $25.00 | E-PAID | BETH WATKINS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 15, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853